104 F.3d 1095
 STATE of ARIZONA; J. Fife Symington, III, Governor; Eugene
R. Moore, Director of Arizona Department of Youth
Rehabilitation; Samuel A. Lewis, Director, Arizona
Department of Corrections, Plaintiffs-Appellants,
v.
UNITED STATES of America; Janet Reno, Attorney General;
Doris Meissner, Commissioner, Immigration and Naturalization
Service; Alice Rivlin, Acting Director of Office of
Management and Budget, Defendants-Appellees.
 No. 95-15980.
 United States Court of Appeals,
Ninth Circuit.
 Argued and Submitted June 12, 1996.
Decided Jan. 7, 1997.
 
 1
 Thomas J. Dennis, Assistant Attorney General, James R. Morrow, Assistant Attorney General, Phoenix, AZ, for plaintiffs-appellants.
 
 
 2
 Mark B. Stern, Ellen D. Katz, United States Department of Justice, Washington, DC, for defendants-appellees.
 
 
 3
 Appeal from the United States District Court for the District of Arizona, Stephen M. McNamee, District Judge, Presiding. D.C. No. CV 94-866 SMM.
 
 
 4
 Before: REINHARDT and HALL, Circuit Judges, and MERHIGE, Senior District Judge.*
 
 
 5
 MERHIGE, Senior District Judge.
 
 
 6
 For the reasons set forth in California v. United States, No. 95-55490, 104 F.3d 1086 (9 Cir.1997) decided this day, the judgment of the district court is AFFIRMED.
 
 
 
 *
 The Honorable Robert R. Merhige, Jr., Senior United States District Judge for the Eastern District of Virginia, sitting by designation